CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SMITH-CLAGON ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIFE INSURANCE COMPANY OF ) <br> NORTH AMERICA; TRUSTEE OF ) <br> THE GROUP INSURANCE TRUST ) <br> FOR EMPLOYERS IN THE ) <br> WHOLESALE INDUSTRY; and ) <br> TOYOTA MOTOR SALES, U.S.A., ) <br> INC. DISABILITY PLAN, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.:   09-CV-6917 R (AGRx) <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

The above-captioned matter, and all claims for relief therein, are dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim.  Each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Date:  October 13, 2010              _____

MANUEL L. REAL

UNITED STATES DISTRICT JUDGE

1

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**